UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GLENN GREEN,

Plaintiff

v.

MAIL ROOM SGT, et al.,

Defendants

Case No.: 3:25-cv-00279-ART-CLB

ORDER

This is pro se Plaintiff Glenn Green's 42 U.S.C. § 1983 civil rights action. On May 19, 2026, the parties reached a settlement in this case and in case no. 3:25-cv-00295-ART-CSD. (*See* ECF No. 10.) Defendants did not file the stipulation to dismiss or a status report by the deadline.

IT IS THEREFORE ORDERED that Defendants have until **November 25, 2026** to file a stipulation to dismiss or status report.

DATED THIS 13th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE